CLOSED,Transferred_Out_District

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:14–cv–02733

BASF Corporation v. SNF Holding Company et al **Case electronically transferred to the Southern District of Georgia.**
Assigned to: Judge Vanessa D Gilmore
Cause: 35:271 Patent Infringement

Date Filed: 09/23/2014
Date Terminated: 12/19/2017
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**BASF Corporation**                          represented by   **John P Bovich**
Reed Smith LLP
101 Second St
Ste 1800
San Francisco, CA 94105
415–543–8700
Email: jbovich@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Joshua Paul Davis**
Reed Smith LLP
811 Main St
Ste 1700
Houston, TX 77584
713–469–3825
Email: jpdavis@reedsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kirin K. Gill**
Reed Smith, LLP
101 Second Street
Suite 1800
San Francisco, CA 94105
415–659–4825
Email: kgill@reedsmith.com
*TERMINATED: 09/19/2016*
*PRO HAC VICE*

**Lisa A. Chiarini**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
212–549–0351
Email: lchiarini@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Mark T. Vogelbacker**
Reed Smith LLP
Three Logan Square
1717 Arch St

Philadelphia, PA 19103
215−851−1428
Email: mvogelbacker@reedsmith.com
*TERMINATED: 10/03/2017*
*ATTORNEY TO BE NOTICED*

**Michael Bradley Taylor**
Reed Smith LLP
811 Main St
No. 1700
Houston, TX 77002
713−469−3662
Email: btaylor@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Scott David Baker**
Reed Smith LLP
101 Second St
Ste 1800
San Francisco, CA 94105
415−659−5901
Email: sbaker@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Robert Reinaldo Riddle**
Reed Smith LLP
811 Main St
Ste 1700
Houston, TX 77002
713−469−3881
Email: rriddle@reedsmith.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SNF Holding Company**                    represented by   **Charles W. Saber**
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006
202−420−2200
Email: CSaber@BlankRome.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danny Lloyd Williams**
Jackson Walker LLP
1401 McKinney
Suite 1900
Houston, TX 77010
713−752−4228
Fax: 713−754−6728
Email: danny@jw.com

*TERMINATED: 02/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Kirk Sherwood**
BLANK ROME LLP
1825 Eye Street NW
Washington, DC 20006
202–420–2200
Fax: 202–420–2201
Email: JSherwood@BlankRome.com
*TERMINATED: 04/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J. Monterio**
Blank Rome LLP
1825 Eye St NW
Washington, DC 20006
202–420–5167
Email: CMonterio@BlankRome.com
*ATTORNEY TO BE NOTICED*

**Daniel G. Cardy**
Blake Rome LLP
1825 Eye Street NW
Washington, DC 20006
202–420–2200
Email: DCardy@BlankRome.com
*TERMINATED: 07/10/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Evan Lansky**
Hughes Hubbard and Reed LLP
One Battery Park Plaza
New York, NY 10004
212–837–6803
Email: david.lansky@hugheshubbard.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma L Baratta**
Hughes Hubbard and Reed LLC
One Battery Park Plaza
New York, NY 10004
212–837–6813
Email: emma.baratta@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**G David Fensterheim**
Fensterheim & Bean P.C.
1250 Connecticut Ave NW
Ste 700
Washington, DC 20036

202–419–1510
Email: david@fensterheimandbean.com
*ATTORNEY TO BE NOTICED*

**James W Brady , Jr**
Blank Rome LLP
1825 Eye St NW
Washington, DC 20006
202–420–2200
Email: JBrady@BlankRome.com
*ATTORNEY TO BE NOTICED*

**James W. Dabney**
Hughes Hubbard and Reed LLP
One Battery Pak Plaza
New York, NY 10004
212–837–6803
Email: james.dabney@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**James R. Klaiber**
Hughes Hubbard and Reed LLP
One Battery Park Plaza
New York, NY 10004
212–837–6062
Email: james.klaiber@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Jesus David Cabello**
Blank Rome LLP
717 Texas Avenue
Suite 1400
Houston, TX 77002
713.228.6601
Fax: 713.228.6605
Email: dcabello@blankrome.com
*ATTORNEY TO BE NOTICED*

**Jonathan W. S. England**
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006
202–420–2200
Email: JWEngland@BlankRome.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
Blank Rome LLP
717 Texas Avenue
Suite 1400
Houston, TX 77002
713.228.6601
Fax: 713–228–6605
Email: krutherford@blankrome.com

*ATTORNEY TO BE NOTICED*

**Khue V. Hoang**
Hughes Hubbard and Reed LLP
One Battery Park Plaza
New York, NY 10004
212−837−6593
Email: khue.hoang@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Matthew Richard Rodgers**
Williams Morgan PC
710 N. Post Oak Road
Ste 350
Houston, TX 77024
713−934−7000
Fax: 713−934−7011
Email: mrodgers@wmalaw.com
*TERMINATED: 03/30/2016*
*ATTORNEY TO BE NOTICED*

**Michael Polka**
Hughes Hubbard and Reed LLP
One Battery Park Plaza
New York, NY 10004
212−837−6506
Email: michael.polka@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Patrice Polyxene Jean**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
212−837−6264
Email: patrice.jean@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Richard M. Koehl**
Hughes Hubbard and Reed LLP
One Battery Park Plaza
New York, NY 10004
212−837−6062
Email: richard.koehl@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Stefanie Lopatkin**
Hughes Hubbard and Reed LLP
One Battery Park Plaza
New York, NY 10004
212−837−6393
Email: stefanie.lopatkin@hugheshubbard.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen S. Rabinowitz**

Hughes Hubbard Reed LLP
One Battery Park Plaza
New York, NY 10004
212–837–6807
Email: stephen.rabinowitz@hugheshubbard.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Flopam Inc.**                    represented by **Charles W. Saber**
Blank Rome LLP
1825 Eye Street NW
Washington, DC 20006
202–420–2200
Email: saberc@dicksteinshapiro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danny Lloyd Williams**
(See above for address)
*TERMINATED: 02/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Kirk Sherwood**
(See above for address)
*TERMINATED: 04/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J. Monterio**
Blank Rome LLp
1825 Eye St NW
Washington, DC 20006
202–420–5167
Email: monterioc@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

**Daniel G. Cardy**
(See above for address)
*TERMINATED: 07/10/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Evan Lansky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma L Baratta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**G David Fensterheim**
(See above for address)

*ATTORNEY TO BE NOTICED*

**James W Brady , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James W. Dabney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Klaiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan W. S. England**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Khue V. Hoang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Rodgers**
(See above for address)
*TERMINATED: 03/30/2016*
*ATTORNEY TO BE NOTICED*

**Michael Polka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrice Polyxene Jean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M. Koehl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stefanie Lopatkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen S. Rabinowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chemtall Inc.**

represented by **Charles W. Saber**
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006
202–420–2200
Email: saberc@dicksteinshapiro.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danny Lloyd Williams**
(See above for address)
*TERMINATED: 02/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Kirk Sherwood**
(See above for address)
*TERMINATED: 04/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J. Monterio**
Dickstein Shapiro LLP
1825 Eye St NW
Washington, DC 20006
202–420–5167
Email: monterioc@dicksteinshapiro.com
*ATTORNEY TO BE NOTICED*

**Daniel G. Cardy**
Blank Rome LLP
1825 Eye St NW
Washington, DC 20006
202–420–2200
Email: DCardy@BlankRome.com
*TERMINATED: 07/10/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Evan Lansky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma L Baratta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**G David Fensterheim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James W Brady , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James W. Dabney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Klaiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan W. S. England**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Khue V. Hoang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Rodgers**
(See above for address)
*TERMINATED: 03/30/2016*
*ATTORNEY TO BE NOTICED*

**Michael Polka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrice Polyxene Jean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M. Koehl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stefanie Lopatkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen S. Rabinowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SNF SAS**                    represented by    **Charles W. Saber**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Danny Lloyd Williams**
(See above for address)
*TERMINATED: 02/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Kirk Sherwood**
(See above for address)
*TERMINATED: 04/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles J. Monterio**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel G. Cardy**
(See above for address)
*TERMINATED: 07/10/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Evan Lansky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma L Baratta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**G David Fensterheim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James W Brady , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James W. Dabney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Klaiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan W. S. England**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Khue V. Hoang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Rodgers**
(See above for address)
*TERMINATED: 03/30/2016*
*ATTORNEY TO BE NOTICED*

**Michael Polka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrice Polyxene Jean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M. Koehl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stefanie Lopatkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen S. Rabinowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SNF (China) Flocculant Co., Ltd.**                    represented by  **Charles W. Saber**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Danny Lloyd Williams**
(See above for address)
*TERMINATED: 02/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Kirk Sherwood**
(See above for address)
*TERMINATED: 04/21/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel G. Cardy**
(See above for address)
*TERMINATED: 07/10/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Evan Lansky**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emma L Baratta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James W. Dabney**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James R. Klaiber**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan W. S. England**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Keith Alan Rutherford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Khue V. Hoang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Richard Rodgers**
(See above for address)
*TERMINATED: 03/30/2016*
*ATTORNEY TO BE NOTICED*

**Michael Polka**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrice Polyxene Jean**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard M. Koehl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stefanie Lopatkin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen S. Rabinowitz**
(See above for address)

ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2014 | Ï 1 | COMPLAINT against All Defendants (Filing fee $ 400 receipt number 0541−13754231) filed by BASF Corporation. (Attachments: # 1 Exhibit A, # 2 Civil Cover Sheet)(Riddle, Robert) (Entered: 09/23/2014) |
| 09/23/2014 | Ï 2 | CORPORATE DISCLOSURE STATEMENT by BASF Corporation, filed.(Riddle, Robert) (Entered: 09/23/2014) |
| 09/23/2014 | Ï | Summons Issued as to Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. Issued summons returned to plaintiff by: In person, filed.(bdaniel, 4) (Entered: 09/23/2014) |
| 09/23/2014 | Ï 3 | Commissioner of Patents and Trademarks, AO−120, Notified, filed.(bdaniel, 4) (Entered: 09/23/2014) |
| 09/24/2014 | Ï 4 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/23/2015 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore (Signed by Judge Vanessa D Gilmore) (Attachments: # 1 Judge's Procedure) Parties notified.(jdavadi, 4) (Entered: 09/24/2014) |
| 10/01/2014 | Ï 5 | RETURN of Service of SUMMONS Executed as to Chemtall Inc. served on 9/25/2014, answer due 10/16/2014, filed.(Riddle, Robert) (Entered: 10/01/2014) |
| 10/01/2014 | Ï 6 | RETURN of Service of SUMMONS Executed as to Flopam Inc. served on 9/25/2014, answer due 10/16/2014, filed.(Riddle, Robert) (Entered: 10/01/2014) |
| 10/01/2014 | Ï 7 | RETURN of Service of SUMMONS Executed as to SNF Holding Company served on 9/25/2014, answer due 10/16/2014, filed.(Riddle, Robert) (Entered: 10/01/2014) |
| 10/13/2014 | Ï 8 | Opposed MOTION for Extension of Time to Answer, Move to Dismiss or Otherwise Respond to the Complaint by Chemtall Inc., Flopam Inc., SNF Holding Company, filed. Motion Docket Date 11/3/2014. (Attachments: # 1 Proposed Order)(Williams, Danny) (Entered: 10/13/2014) |
| 10/16/2014 | Ï 9 | ORDER granting 8 Motion for Extension of Time; Answer due for Chemtall Inc. 12/16/2014; Flopam Inc. 12/16/2014; SNF Holding Company 12/16/2014. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/16/2014) |
| 11/05/2014 | Ï 10 | Memorandum and Order Regarding Discovery Motions, Motions for Summary Judgment and Analogous Motions to Dismiss(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 11/05/2014) |
| 11/21/2014 | Ï 11 | RETURN of Service of SUMMONS Executed as to SNF SAS served on 11/7/2014, answer due 11/28/2014, filed. (Attachments: # 1 Certificate)(Riddle, Robert) (Entered: 11/21/2014) |
| 11/25/2014 | Ï 12 | Unopposed MOTION for Extension of Time To Answer, Move to Dismiss or Otherwise Respond to Complaint by SNF SAS, filed. Motion Docket Date 12/16/2014. (Attachments: # 1 Proposed Order)(Williams, Danny) (Entered: 11/25/2014) |
| 11/26/2014 | Ï 13 | ORDER granting 12 Motion for Extension of Time. Answer due by 12/16/2014.(Signed by Judge Vanessa D Gilmore) Parties notified.(amwilliams, 4) (Entered: 11/26/2014) |
| 12/02/2014 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U. S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non−jury trial and to order the entry of a final judgment. The form Consent to |

| | | |
|---|---|---|
| | | _Proceed Before Magistrate_ is available by clicking on the hyperlink and is also on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event _Consent to Proceed Before a Magistrate Judge_, filed. (bthomas, 4) (Entered: 12/02/2014) |
| 12/16/2014 | Ï 14 | ANSWER to 1 Complaint with Jury Demand by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed.(Williams, Danny) (Entered: 12/16/2014) |
| 12/16/2014 | Ï 15 | MOTION for Charles J. Monterio, Jr. to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. Motion Docket Date 1/6/2015. (Williams, Danny) (Entered: 12/16/2014) |
| 12/16/2014 | Ï 16 | MOTION for Charles W. Saber to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. Motion Docket Date 1/6/2015. (Williams, Danny) (Entered: 12/16/2014) |
| 12/16/2014 | Ï 17 | MOTION for G. David Fensterheim to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. Motion Docket Date 1/6/2015. (Williams, Danny) (Entered: 12/16/2014) |
| 12/16/2014 | Ï 18 | MOTION for James W. Brady, Jr. to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. Motion Docket Date 1/6/2015. (Williams, Danny) (Entered: 12/16/2014) |
| 12/17/2014 | Ï 19 | ORDER granting 15 Motion for Charles J. Monterio, Jr. to Appear Pro Hac Vice.(Signed by Judge Vanessa D Gilmore) Parties notified.(amwilliams, 4) (Entered: 12/18/2014) |
| 12/17/2014 | Ï 20 | ORDER granting 16 Motion for Charles W. Saber to Appear Pro Hac Vice.(Signed by Judge Vanessa D Gilmore) Parties notified.(amwilliams, 4) (Entered: 12/18/2014) |
| 12/17/2014 | Ï 21 | ORDER granting 17 Motion for G. David Fensterheim to Appear Pro Hac Vice.(Signed by Judge Vanessa D Gilmore) Parties notified.(amwilliams, 4) (Entered: 12/18/2014) |
| 12/17/2014 | Ï 22 | ORDER: granting James W. Brady, Jr. 18 Motion to Appear Pro Hac Vice. (Signed by Judge Vanessa D Gilmore) Parties notified.(cfelchak, 4) (Entered: 12/18/2014) |
| 12/18/2014 | Ï 23 | MOTION for Scott Baker to Appear Pro Hac Vice by BASF Corporation, filed. Motion Docket Date 1/8/2015. (Riddle, Robert) (Entered: 12/18/2014) |
| 12/22/2014 | Ï 24 | CORPORATE DISCLOSURE STATEMENT by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS identifying SPCM SA (France) as Corporate Parent, filed.(Williams, Danny) (Entered: 12/22/2014) |
| 12/22/2014 | Ï 25 | CERTIFICATE OF INTERESTED PARTIES by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed.(Williams, Danny) (Entered: 12/22/2014) |
| 12/22/2014 | Ï 26 | ORDER granting 23 Motion for Scott Baker to Appear Pro Hac Vice for BASF Corporation. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/23/2014) |
| 01/13/2015 | Ï 27 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by BASF Corporation, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Riddle, Robert) (Entered: 01/14/2015) |
| 01/22/2015 | Ï 28 | MOTION to Stay _Pending Inter Partes Review_ by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. Motion Docket Date 2/12/2015. (Attachments: # 1 Appendix, # 2 Affidavit Saber Declaration ISO Motion to Stay, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Proposed Order)(Williams, Danny) (Entered: 01/22/2015) |
| 01/23/2015 | Ï | Minute Entry for proceedings held before Judge Vanessa D Gilmore. SCHEDULING CONFERENCE held on 1/23/2015. Patent Scheduling Order to follow.. Appearances: Robert |

| | | Riddle, Charles Saber, Danny Williams, David Fensterheim.(Court Reporter: Miller), filed.(bthomas, 4) (Entered: 01/23/2015) |
|---|---|---|
| 01/26/2015 | Ï 29 | PATENT SCHEDULING ORDER: Compliance with PR 3–1 and PR 3–2: Parties to make disclosure of asserted claims and preliminary infringement contentions & make document production. Join additional parties. Add new patents and/or claims due by 3/9/2015; Compliance with PR 3–3 and 3–4: Parties to serve preliminary invalidity contentions. Add any inequitable conduct allegations due by 4/23/2015; Compliance with PR 4–1: Parties exchange of proposed terms and claim elements needing construction due by 5/7/2015; Compliance with PR 4–2: Parties exchange of preliminary claim construction and extrinsic evidence. Privilege Logs to be exchanged due by 5/28/2015; Compliance with PR 4–3: Filing of joint claim construction and pre–hearing statement. Disclosure for all parties claim construction experts due by 6/25/2015; Amended Pleadings due by 6/25/2015; Written Tutorials due by 7/9/2015; Response to Amended Pleadings due by 7/9/2015; Discovery deadline on claim construction due by 7/23/2015;Compliance with PR 4–5(a): the party claiming patent infringement must serve and file a Claim Construction Opening Brief due by 8/13/2015; Compliance with PR 4–5(b): Responsive Brief and supporting evidence due to party claiming patent infringement due by 8/27/2015; Compliance with PR 4–5(c): Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction due by 9/2/2015; Claim Construction Chart due by 10/16/2015;Markman Hearing set for 10/23/2015 at 09:00 AM at Courtroom 9A before Judge Vanessa D Gilmore (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 01/26/2015) |
| 02/25/2015 | Ï 30 | ORDER. The parties are ordered to file a Status Report on or before 2/25/2016. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 02/25/2015) |
| 02/25/2015 | Ï 31 | ORDER granting 28 MOTION to Stay. This civil action is STAYED pending the outcome of the inter partes review of the patent–in–suit, United States Patent No. 5,633,329. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 02/25/2015) |
| 03/02/2015 | Ï 32 | AO 435 TRANSCRIPT ORDER FORM by Robert R Riddle. This is to order a transcript of Pre–Trial Proceeding held on 1/23/2015 before Judge Vanessa D Gilmore (original). Court Reporter/Transcriber: Miller, filed. (vcantu, 5) (Entered: 03/02/2015) |
| 03/05/2015 | Ï 33 | TRANSCRIPT re: Initial Conference held on January 23, 2015 before Judge Vanessa D Gilmore. Court Reporter/Transcriber Kathleen K. Miller. Ordering Party Robert Riddle Release of Transcript Restriction set for 6/3/2015., filed. (kmiller, ) (Entered: 03/05/2015) |
| 03/06/2015 | Ï 34 | Notice of Filing of Official Transcript as to 33 Transcript. Party notified, filed. (dhansen, 4) (Entered: 03/06/2015) |
| 03/06/2015 | Ï 35 | ORDER. It is hereby ORDERED that the Courts' Order granting the Motion to Stay 31 entered on Febraty 25, 2015 is VACATED. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, 4) (Entered: 03/10/2015) |
| 04/10/2015 | Ï 36 | Joint MOTION for Entry of Order re: Agreed Protective Order by BASF Corporation, filed. Motion Docket Date 5/1/2015. (Attachments: # 1 Proposed Order Protective Order)(Riddle, Robert) (Entered: 04/10/2015) |
| 04/14/2015 | Ï 37 | MOTION to Transfer Case to Southern District of Georgia by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/5/2015. (Attachments: # 1 Supplement Memo ISO Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404, # 2 Affidavit Declaration of Charles J. Monterio, # 3 Affidavit Declaration of Rene Hund re SNF SAS, # 4 Affidavit Declaration of James R. Carlson re Flopam, # 5 Affidavit Declaration of James R. Carlson re Chemtall and SNF Holding Co., # 6 Appendix, # 7 Proposed Order)(Williams, Danny) (Entered: 04/14/2015) |
| 04/14/2015 | Ï 38 | |

| | | |
|---|---|---|
| | | MOTION to Dismiss 1 Complaint by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/5/2015. (Attachments: # 1 Supplement Memorandum in Support of Motion to Dismiss Plaintiff's Complaint, # 2 Affidavit Declaration of Rene Hund re SNF SAS, # 3 Affidavit Declaration of James R. Carlson re Flopam, # 4 Affidavit Declaration of James R. Carlson re Chemtall and SNF Holding Co., # 5 Appendix, # 6 Proposed Order)(Williams, Danny) (Entered: 04/14/2015) |
| 04/16/2015 | Ï 39 | PROTECTIVE ORDER granting 36 Joint MOTION for Entry of Order re: Agreed Protective Order. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 04/16/2015) |
| 05/05/2015 | Ï 40 | Letter from all parties re: agreement to extend BASF response deadline through 5/12/15, filed. (bthomas, 4) (Entered: 05/06/2015) |
| 05/05/2015 | Ï | ***Set/Reset Deadlines as to 37 MOTION to Transfer Case to Southern District of Georgia; 38 MOTION to Dismiss 1 Complaint: Responses due by 5/12/2015. (bthomas, 4) (Entered: 05/06/2015) |
| 05/12/2015 | Ï 41 | RESPONSE in Opposition to 37 MOTION to Transfer Case to Southern District of Georgia, filed by BASF Corporation. (Attachments: # 1 Appendix, # 2 Affidavit of Justine D. Smith, # 3 Affidavit of Robert Riddle, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Proposed Order)(Riddle, Robert) (Entered: 05/12/2015) |
| 05/12/2015 | Ï 42 | RESPONSE in Opposition to 38 MOTION to Dismiss 1 Complaint , filed by BASF Corporation. (Attachments: # 1 Appendix, # 2 Affidavit of Justine D. Smith, # 3 Affidavit of Robert Riddle, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Proposed Order)(Riddle, Robert) (Entered: 05/12/2015) |
| 05/14/2015 | Ï 43 | MOTION for Kirin K. Gill to Appear Pro Hac Vice by BASF Corporation, filed. Motion Docket Date 6/4/2015. (Riddle, Robert) (Entered: 05/14/2015) |
| 05/14/2015 | Ï 44 | AMENDED ANSWER to 1 Complaint with Jury Demand by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. (Monterio, Charles) (Entered: 05/14/2015) |
| 05/15/2015 | Ï 45 | ORDER granting 43 Motion for Kirin Gill to Appear Pro Hac Vice. (Signed by Judge Vanessa D Gilmore) Parties notified. (wbostic, 4) (Entered: 05/15/2015) |
| 05/18/2015 | Ï 46 | LETTER OF AGREEMENT re: Agreement to Extend Defendants' Reply in Support of Defendants' Motion to Transfer and Motion to Dismiss Deadlines to May 28, 2015 by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed.(Williams, Danny) (Entered: 05/18/2015) |
| 05/21/2015 | Ï 47 | ORDER denying 37 Motion to Transfer Case. (Signed by Judge Vanessa D Gilmore) Parties notified. (wbostic, 4) (Entered: 05/22/2015) |
| 05/28/2015 | Ï 48 | Unopposed MOTION for Extension of Time to Answer or Otherwise Respond to Complaint by SNF (China) Flocculant Co., Ltd., filed. Motion Docket Date 6/18/2015. (Attachments: # 1 Proposed Order)(Williams, Danny) (Entered: 05/28/2015) |
| 05/28/2015 | Ï 49 | REPLY in Support of 38 MOTION to Dismiss 1 Complaint , filed by Flopam Inc., SNF SAS. (Attachments: # 1 Affidavit J. Carlson Declaration, # 2 Appendix)(Williams, Danny) (Entered: 05/28/2015) |
| 05/28/2015 | Ï 50 | Opposed MOTION for Leave to File Reply Memorandum In Support of Motion to Transfer Venue, or Alternatively, a Motion for Reconsideration of this Court's Order Denying Transfer by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. Motion Docket Date |

| | | |
|---|---|---|
| | | 6/18/2015. (Attachments: # 1 Proposed Order, # 2 Exhibit Reply In Support of Motion to Transfer Venue or Memorandum In Support of Defendants' Alternative Motion for Reconsideration of Court's Order Denying Transfer, # 3 Affidavit Declaration of James R. Carlson, # 4 Appendix)(Williams, Danny) (Entered: 05/28/2015) |
| 05/29/2015 | Ï 51 | ORDER granting 48 Unopposed MOTION for Extension of Time to Answer or Otherwise Respond to Complaint. Answer due by 6/11/2015. (Signed by Judge Vanessa D Gilmore) Parties notified. (cfelchak, 4) (Entered: 05/29/2015) |
| 06/05/2015 | Ï 52 | Joint MOTION to Amend 29 Docket Control Order,,,,,, by BASF Corporation, filed. Motion Docket Date 6/26/2015. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Riddle, Robert) (Entered: 06/05/2015) |
| 06/09/2015 | Ï 55 | AMENDED PATENT SCHEDULING ORDER. Compliance with P.R. 4–2: 6/18/15 Parties exchange of preliminary claim constructions and extrinsic evidence. Privilege Logs to be exchanged by parties;Deadline to comply with P.R. 4–3: by 7/16/15 Filing of joint claim construction and pre–hearing statement. Disclosure of parties claim construction experts;Deadline for all parties to file amended pleadings by 7/16/15;Responses to amended pleadings due by 7/30/15;Discovery deadline on claim construction issues due by 8/13/15;Compliance with P.R. 4–5(a): the party claiming patent infringement must serve and file a Claim Construction Opening Brief by 9/03/15;Compliance with P.R. 4–5(b): Responsive Brief and supporting evidence due to party claiming patent infringement by 9/17/15;Compliance with P.R. 4–5(c): Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction by 9/23/15; Deadline for parties to provide Court with new tutorials concerning technology involved in patent in issue by 10/6/15; Parties to submit Claim Construction Chart by 11/6/15;(Markman) Hearing set for November 19, 2015 at 9:30 a.m. in Courtroom 9–A before Judge Vanessa D. Gilmore. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 06/11/2015) |
| 06/10/2015 | Ï 53 | ANSWER to 1 Complaint with Jury Demand by SNF (China) Flocculant Co., Ltd., filed.(Williams, Danny) (Entered: 06/10/2015) |
| 06/10/2015 | Ï 54 | MOTION to Transfer Case to Southern District of Georgia by SNF (China) Flocculant Co., Ltd., filed. Motion Docket Date 7/1/2015. (Attachments: # 1 Supplement Memorandum in Support of SNF China's Motion to Transfer Venue, # 2 Affidavit Carlson Declaration, # 3 Affidavit Michel Declaration, # 4 Proposed Order)(Williams, Danny) (Entered: 06/10/2015) |
| 06/18/2015 | Ï 56 | RESPONSE in Opposition to 50 Opposed MOTION for Leave to File Reply Memorandum In Support of Motion to Transfer Venue, or Alternatively, a Motion for Reconsideration of this Court's Order Denying Transfer, filed by BASF Corporation. (Attachments: # 1 Appendix, # 2 Proposed Order)(Riddle, Robert) (Entered: 06/18/2015) |
| 06/19/2015 | Ï 57 | MEMORANDUM *In Support of Defendants' Motion* re: 50 Opposed MOTION for Leave to File Reply Memorandum In Support of Motion to Transfer Venue, or Alternatively, a Motion for Reconsideration of this Court's Order Denying Transfer by Chemtall Inc., Flopam Inc., SNF Holding Company, SNF SAS, filed. (Attachments: # 1 Appendix)(Williams, Danny) (Entered: 06/19/2015) |
| 06/26/2015 | Ï 58 | RESPONSE in Opposition to 54 MOTION to Transfer Case to Southern District of Georgia, filed by BASF Corporation. (Attachments: # 1 Affidavit, # 2 Proposed Order)(Riddle, Robert) (Entered: 06/26/2015) |
| 06/30/2015 | Ï 59 | REPLY in Support of 54 MOTION to Transfer Case to Southern District of Georgia, filed by SNF (China) Flocculant Co., Ltd.. (Williams, Danny) Modified on 6/30/2015 (ckrus, 4).**Per attorney this document was filed incorrectly 9attachment missing0 It has been correctly re–filed as document 60 . (Entered: 06/30/2015) |
| 06/30/2015 | Ï 60 | |

| | | REPLY in Support of <u>54</u> MOTION to Transfer Case to Southern District of Georgia, filed by SNF (China) Flocculant Co., Ltd.. (Attachments: # <u>1</u> Appendix)(Williams, Danny) (Entered: 06/30/2015) |
|---|---|---|
| 07/10/2015 | Ï <u>61</u> | AMENDED PATENT SCHEDULING ORDER. Compliance with PR 4–2: Parties exchange of preliminary claim construction and extrinsic evidence. Privilege Logs to be exchanged due by 6/18/2015; Compliance with PR 4–3: Filing of joint claim construction and pre–hearing statement. Disclosure for all parties claim construction experts due by 7/16/2015; Amended Pleadings due by 7/16/2015; Response to Amended Pleadings due by 7/30/2015; Discovery deadline on claim construction due by 8/13/2015; Compliance with PR 4–5(a): the party claiming patent infringement must serve and file a Claim Construction Opening Brief due by 9/3/2015; Compliance with PR 4–5(b): Responsive Brief and supporting evidence due to party claiming patent infringement due by 9/17/2015; Compliance with PR 4–5(c): Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction due by 9/23/2015; Written Tutorials due by 10/6/2015; Claim Construction Chart due by 11/06/2015; Markman Hearing set for 11/13/2015 at 09:00 AM at Courtroom 9A before Judge Vanessa D Gilmore(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 07/13/2015) |
| 07/14/2015 | Ï <u>62</u> | RETURN of Service of SUMMONS Executed as to SNF (China) Flocculant Co., Ltd. served on 5/7/2015, answer due 5/28/2015, filed.(Riddle, Robert) (Entered: 07/14/2015) |
| 07/16/2015 | Ï <u>63</u> | *Joint Claim Construction and Prehearing Statement* by BASF Corporation, filed.(Riddle, Robert) (Entered: 07/16/2015) |
| 08/10/2015 | Ï <u>64</u> | Renewed MOTION to Stay *Pending Inter Partes Review* by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 8/31/2015. (Attachments: # <u>1</u> Appendix, # <u>2</u> Affidavit Monterio Declaration in Support of Renewed Motion to Stay, # <u>3</u> Exhibit A to Monterio Declaration, # <u>4</u> Exhibit B to Monterio Declaration, # <u>5</u> Proposed Order)(Williams, Danny) (Entered: 08/10/2015) |
| 08/31/2015 | Ï <u>65</u> | RESPONSE in Opposition to <u>64</u> Renewed MOTION to Stay *Pending Inter Partes Review*, filed by BASF Corporation. (Attachments: # <u>1</u> Appendix, # <u>2</u> Affidavit of Robert Riddle, # <u>3</u> Exhibit 1, # <u>4</u> Exhibit 2, # <u>5</u> Exhibit 3, # <u>6</u> Exhibit 4, # <u>7</u> Exhibit 5, # <u>8</u> Exhibit 6, # <u>9</u> Exhibit 7, # <u>10</u> Exhibit 8, # <u>11</u> Exhibit 9, # <u>12</u> Exhibit 10, # <u>13</u> Exhibit 11, # <u>14</u> Exhibit 12, # <u>15</u> Exhibit 13, # <u>16</u> Exhibit 14, # <u>17</u> Exhibit 15, # <u>18</u> Exhibit 16, # <u>19</u> Exhibit 17, # <u>20</u> Exhibit 18, # <u>21</u> Proposed Order)(Riddle, Robert) (Entered: 08/31/2015) |
| 09/01/2015 | Ï <u>66</u> | REPLY in Support of <u>64</u> Renewed MOTION to Stay *Pending Inter Partes Review*, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (Attachments: # <u>1</u> Exhibit A)(Saber, Charles) (Entered: 09/01/2015) |
| 09/03/2015 | Ï <u>67</u> | BRIEF *on Claim Construction* by BASF Corporation, filed. (Attachments: # <u>1</u> Appendix, # <u>2</u> Exhibit 1)(Riddle, Robert) (Entered: 09/03/2015) |
| 09/17/2015 | Ï <u>68</u> | NOTICE of Setting as to <u>64</u> Renewed MOTION to Stay *Pending Inter Partes Review*. Parties notified. Motion Hearing set for 9/24/2015 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore, filed. (bthomas, 4) (Entered: 09/17/2015) |
| 09/17/2015 | Ï <u>69</u> | BRIEF *Defendants' Responsive Claim Construction Brief* by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Attachments: # <u>1</u> Appendix, # <u>2</u> Exhibit A, # <u>3</u> Exhibit B, # <u>4</u> Exhibit C, # <u>5</u> Exhibit D)(Williams, Danny) (Entered: 09/17/2015) |
| 09/23/2015 | Ï <u>70</u> | NOTICE *of Requested Time for Claim Construction (Markman) Hearing* by BASF Corporation, filed. (Riddle, Robert) (Entered: 09/23/2015) |
| 09/23/2015 | Ï <u>71</u> | |

| | | |
|---|---|---|
| | | REPLY to 69 Brief, *BASFs Reply Brief on Claim Construction*, filed by BASF Corporation. (Attachments: # 1 Appendix, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Riddle, Robert) (Entered: 09/23/2015) |
| 09/24/2015 | Ï | Minute Entry for proceedings held before Judge Vanessa D Gilmore. MOTION HEARING held on 9/24/2015 regarding 64 Renewed Motion to Stay Pending Inter Parties Review. The motion will remain pending at this time. The Court orders Defendant to file supplemental answers to interrogatory nos. 5–8 & to file supplemental responses to requests for production nos. 19, 21, 30, 42 & 45, no later than 10/2/2015. A Joint Status Report to be filed with the Court by 10/2/2015. Appearances: Scott Baker, Robert Riddle, Kirin K. Gill, Charles Monterio, Matt Rodgers. (Court Reporter: Kathleen Miller), filed.(bthomas, 4) (Entered: 09/24/2015) |
| 09/24/2015 | Ï 72 | NOTICE of Appearance by Matthew R. Rodgers on behalf of Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Rodgers, Matthew) (Entered: 09/24/2015) |
| 09/24/2015 | Ï 73 | AO 435 TRANSCRIPT ORDER FORM by Robert R Riddle. This is to order a transcript of Motion Hearing Proceedings held on 9/24/15 before Judge Vanessa D Gilmore (Original Expedited). Court Reporter/Transcriber: K Miller, filed. (smurdock, 4) (Entered: 09/25/2015) |
| 10/02/2015 | Ï 74 | STATUS REPORT by BASF Corporation, filed.(Riddle, Robert) (Entered: 10/02/2015) |
| 10/05/2015 | Ï 75 | Joint MOTION for Extension of Time for the Parties to Submit Tutorials by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 10/26/2015. (Attachments: # 1 Proposed Order)(Williams, Danny) (Entered: 10/05/2015) |
| 10/05/2015 | Ï 76 | ORDER denying without prejudice to re–urging after this case is re–instated on this Court's docket 38 Motion to Dismiss Complaint; denying 50 Motion for Leave to File Reply Memorandum; denying 54 Motion to Transfer Case. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, 4) (Entered: 10/06/2015) |
| 10/05/2015 | Ï 77 | ORDER granting 64 Motion to Stay Litigation Pending Inter Partes Review. The parties are granted leave to reinstate this case on the Court's docket at the conclusion of the Inter Partes Review. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/06/2015) |
| 10/08/2015 | Ï 78 | TRANSCRIPT re: Hearing held on September 24, 2015 before Judge Vanessa D Gilmore. Court Reporter/Transcriber Kathleen K. Miller. Ordering Party Robert Riddle Release of Transcript Restriction set for 1/6/2016., filed. (kmiller, ) (Entered: 10/08/2015) |
| 02/16/2016 | Ï 79 | NOTICE *of Change in Firm Affiliation* by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Williams, Danny) (Entered: 02/16/2016) |
| 02/16/2016 | Ï 80 | NOTICE of Change of Address by Williams Morgan, P.C., counsel for Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Williams, Danny) (Entered: 02/16/2016) |
| 03/30/2016 | Ï 81 | Unopposed MOTION for Matthew R. Rodgers to Withdraw as Attorney by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 4/20/2016. (Attachments: # 1 Proposed Order)(Williams, Danny) (Entered: 03/30/2016) |
| 03/30/2016 | Ï 82 | ORDER granting 81 Motion to Withdraw as Attorney. Attorney Matthew Richard Rodgers terminated.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 03/31/2016) |
| 09/09/2016 | Ï 83 | Opposed MOTION to Lift Stay by BASF Corporation, filed. Motion Docket Date 9/30/2016. (Attachments: # 1 Exhibit A, # 2 Appendix, # 3 Proposed Order)(Riddle, Robert) (Entered: 09/09/2016) |

| 09/16/2016 | Ï 84 | Unopposed MOTION for Kirin Gill to Withdraw as Attorney by BASF Corporation, filed. Motion Docket Date 10/7/2016. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 09/16/2016) |
|---|---|---|
| 09/19/2016 | Ï 85 | ORDER granting 84 Motion to Withdraw Kirin K. Gill as Attorney. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 09/20/2016) |
| 09/21/2016 | Ï 86 | RESPONSE in Opposition to 83 Opposed MOTION to Lift Stay, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Appendix, # 6 Proposed Order)(Williams, Danny) (Entered: 09/21/2016) |
| 09/26/2016 | Ï 87 | REPLY in Support of 83 Opposed MOTION to Lift Stay, filed by BASF Corporation. (Attachments: # 1 Appendix)(Riddle, Robert) (Entered: 09/26/2016) |
| 09/30/2016 | Ï 88 | ORDER granting 83 MOTION to Lift Stay Following Inter Partes Review. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 09/30/2016) |
| 09/30/2016 | Ï 89 | NOTICE of Setting. Parties notified. Scheduling Conference set for 11/4/2016 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore, filed. (bthomas, 4) (Entered: 09/30/2016) |
| 10/03/2016 | Ï 90 | NOTICE of Appearance by Jeffrey K. Sherwood on behalf of Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Sherwood, Jeffrey) (Entered: 10/03/2016) |
| 10/14/2016 | Ï 91 | NOTICE of Appearance by Keith A. Rutherford on behalf of Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Rutherford, Keith) (Entered: 10/14/2016) |
| 10/14/2016 | Ï 92 | Unopposed MOTION Reschedule Noticed Scheduling Conference by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 11/4/2016. (Attachments: # 1 Proposed Order)(Rutherford, Keith) (Entered: 10/14/2016) |
| 10/19/2016 | Ï 93 | ORDER granting 92 Unopposed MOTION Reschedule Noticed Scheduling Conference. (Scheduling Conference reset for 10/28/2016 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore) (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/19/2016) |
| 10/21/2016 | Ï 94 | MOTION to Reurge Motion to Dimiss Complaint (D.I. 38) by Flopam Inc., SNF SAS, filed. Motion Docket Date 11/14/2016. (Attachments: # 1 Proposed Order)(Monterio, Charles) (Entered: 10/21/2016) |
| 10/27/2016 | Ï 95 | ORDER. Defendants are hereby granted leave to re–file their motion to dismiss. The prior motion is no longer pending and cannot be ruled on at this time. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/28/2016) |
| 10/28/2016 | Ï | Minute Entry for proceedings held before Judge Vanessa D Gilmore. SCHEDULING CONFERENCE held on 10/28/2016. The Court enters a Patent Scheduling Order. Appearances: Robert Riddle, Scott Baker (by phone), Jeffrey Sherwood, Keith Rutherford, Charles Monterio. (Court Reporter: Kathy Metzger), filed.(bthomas, 4) (Entered: 10/28/2016) |
| 10/28/2016 | Ï 96 | PATENT SCHEDULING ORDER: Compliance with PR 4–2: Parties exchange of supplemental claim construction and extrinsic evidence. Privilege Logs to be exchanged due by 11/4/2016; Compliance with PR 4–3: Filing of joint claim construction and pre–hearing statement. Disclosure for all parties claim construction experts due by 11/8/2016; Amended Pleadings due by 11/8/2016; Responses to Amended Pleadings due by 11/15/2016; Compliance with PR 4–5(a): the party claiming patent infringement must serve and file a Claim Construction Opening Brief due by 11/18/2016; Compliance with PR 4–5(b): Responsive Brief and supporting evidence due to party claiming patent infringement due by 11/28/2016; Claim Construction Chart due by 12/12/2016; |

| | | |
|---|---|---|
| | | Markman Hearing set for 12/22/2016 at 09:00 AM at Courtroom 9A before Judge Vanessa D Gilmore(Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, 4) (Entered: 10/28/2016) |
| 11/01/2016 | Ï 97 | MOTION to Dismiss *Plaintiff's Complaint* by Flopam Inc., SNF SAS, filed. Motion Docket Date 11/22/2016. (Attachments: # 1 Memorandum in Support of Motion, # 2 Proposed Order, # 3 Appendix Part 1, # 4 Appendix Part 2, # 5 Appendix Part 3)(Rutherford, Keith) (Entered: 11/01/2016) |
| 11/01/2016 | Ï 98 | MOTION for Leave to File Motion to Transfer Venue to the Southern District of Georgia Pursuant to 28 USC 1404 by SNF (China) Flocculant Co., Ltd., filed. Motion Docket Date 11/22/2016. (Attachments: # 1 Proposed Order, # 2 Exhibit 1 – Motion to Transfer Venue to the Southern District of Georgia Pursuant to 28 USC 1404, # 3 Exhibit 2 – Proposed Order, # 4 Exhibit 3, Part A – Appendix, Part A, # 5 Exhibit 3, Part B – Appendix, Part B, # 6 Exhibit 3, Part C – Appendix, Part C)(Rutherford, Keith) (Entered: 11/01/2016) |
| 11/03/2016 | Ï 99 | MOTION for Daniel G. Cardy to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 11/25/2016. (Rutherford, Keith) (Entered: 11/03/2016) |
| 11/03/2016 | Ï 100 | MOTION for Jonathan W. S. England to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 11/25/2016. (Rutherford, Keith) (Entered: 11/03/2016) |
| 11/03/2016 | Ï 101 | ORDER granting 99 Motion for Daniel G. Cardy to Appear Pro Hac Vice.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 11/03/2016) |
| 11/03/2016 | Ï 102 | ORDER granting 100 Motion for Jonathan W. S. England to Appear Pro Hac Vice.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 11/03/2016) |
| 11/08/2016 | Ï 103 | *Joint Claim Construction and Prehearing Statement Pursuant to P.R. 4–3* by BASF Corporation, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Riddle, Robert) (Entered: 11/08/2016) |
| 11/18/2016 | Ï 104 | BRIEF on Claim Construction by BASF Corporation, filed. (Attachments: # 1 Appendix, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)(Riddle, Robert) (Entered: 11/18/2016) |
| 11/22/2016 | Ï 105 | RESPONSE in Opposition to 98 MOTION for Leave to File Motion to Transfer Venue to the Southern District of Georgia Pursuant to 28 USC 1404, filed by BASF Corporation. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 11/22/2016) |
| 11/22/2016 | Ï 106 | RESPONSE in Opposition to 97 MOTION to Dismiss *Plaintiff's Complaint*, filed by BASF Corporation. (Attachments: # 1 Appendix, # 2 Affidavit of Justine D. Smith, # 3 Affidavit of Robert Riddle, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Proposed Order)(Riddle, Robert) (Entered: 11/22/2016) |
| 11/22/2016 | Ï 107 | Sealed Exhibit 17 re: 106 RESPONSE in Opposition to 97 MOTION to Dismiss Plaintiff's Complaint, filed. (Entered: 11/22/2016) |
| 11/28/2016 | Ï 108 | REPLY in Support of 97 MOTION to Dismiss *Plaintiff's Complaint*, filed by Flopam Inc., SNF SAS. (Attachments: # 1 Appendix)(Rutherford, Keith) (Entered: 11/28/2016) |
| 11/28/2016 | Ï 109 | REPLY in Support of 98 MOTION for Leave to File Motion to Transfer Venue to the Southern District of Georgia Pursuant to 28 USC 1404, filed by SNF (China) Flocculant Co., Ltd.. (Rutherford, Keith) (Entered: 11/28/2016) |

| 11/28/2016 | Ï 110 | BRIEF *Defendants' Responsive Claim Construction Brief* re: 104 Brief, by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Attachments: # 1 Appendix)(Rutherford, Keith) (Entered: 11/28/2016) |
|---|---|---|
| 11/30/2016 | Ï 111 | MOTION for Mark T. Vogelbacker to Appear Pro Hac Vice by BASF Corporation, filed. Motion Docket Date 12/21/2016. (Riddle, Robert) (Entered: 11/30/2016) |
| 11/30/2016 | Ï 112 | ORDER granting 111 Motion for Mark T. Vogelbacker to Appear Pro Hac Vice. (Signed by Judge Vanessa D Gilmore) Parties notified. (wbostic, 4) (Entered: 11/30/2016) |
| 12/05/2016 | Ï 113 | ORDER granting 98 Motion for Leave to File Motion to Transfer Venue.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/05/2016) |
| 12/05/2016 | Ï 114 | MOTION to Transfer Venue to the Southern District of Georgia by SNF (China) Flocculant Co., Ltd., filed. Motion Docket Date 12/27/2016. (Attachments: # 1 Proposed Order, # 2 Appendix) (bthomas, 4) (Entered: 12/05/2016) |
| 12/06/2016 | Ï 115 | MOTION for John P. Bovich to Appear Pro Hac Vice by BASF Corporation, filed. Motion Docket Date 12/27/2016. (Riddle, Robert) (Entered: 12/06/2016) |
| 12/06/2016 | Ï 116 | ORDER granting 115 Motion for John P. Bovich to Appear Pro Hac Vice.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/07/2016) |
| 12/12/2016 | Ï 117 | *Joint Claim Construction Chart* by BASF Corporation, filed.(Riddle, Robert) (Entered: 12/12/2016) |
| 12/21/2016 | Ï 118 | ORDER denying 97 Defendants Motion to Dismiss.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/21/2016) |
| 12/21/2016 | Ï 119 | ORDER denying 114 Defendants Motion to Transfer Venue.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/21/2016) |
| 12/22/2016 | Ï | Minute Entry for proceedings held before Judge Vanessa D Gilmore. MARKMAN HEARING held on 12/22/2016. Arguments presented. Motions taken under advisement..Scheduling Order entered. Appearances: Robert Riddle, Mark Vogelbacker, John Bovich, Jeffrey Sherwood, Keith Rutherford, Jonathan England, Charles Monterio. (Court Reporter: Gayle Dye), filed. (bthomas, 4) (Entered: 12/22/2016) |
| 12/22/2016 | Ï 120 | PATENT SCHEDULING ORDER. (Ett: 5 days; Jury Trial). Final Infringement Contentions and to amend pleadings on infringement claims due by 2/1/2017; Final Invalidity Contentions and to amend pleadings on invalidity claims due by 2/15/2017; Compliance with PR 3–8: All parties furnish documents and privilege logs pertaining to willful infringement due by 2/1/2017; Designation of Expert Witnesses on non–construction issues on which the party has the burden of proof and service of expert witness reports due by 3/1/2017; Designation of responsive Expert Witnesses on non–claim construction issues on which party does not have burden of proof and service of responsive expert witness reports due by 4/1/2017; Discovery deadline on all issues due by 6/1/2017; Dispositive & Non–Dispositive Motions & Briefing deadlines due by 7/1/2017; Ruling on Pending Motions due by 10/1/2017; Joint Pretrial Order due by 10/15/2017; Written notice due for request for daily transcript real time reporting trial proceedings due by 10/15/2017; Video & Deposition Designation due by 10/15/2017; Motions in Limine due by 10/15/2017; Objections to opponents' proposed witnesses, proposed exhibits, designated deposition testimony, and any other matters due by 10/22/2017; Docket Call set for 11/17/2017 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/22/2016) |
| 12/27/2016 | Ï 121 | AO 435 TRANSCRIPT REQUEST by BASF Corporation/Robert R. Riddle for Transcript of Markman Hearing on 12/22/2016 before Judge Gilmore. Ordinary (30 days) turnaround requested. |

| | | |
|---|---|---|
| | | Court Reporter/Transcriber: Gayle Dye, filed. (Riddle, Robert) (Entered: 12/27/2016) |
| 01/06/2017 | Ï122 | MARKMAN ORDER. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 01/06/2017) |
| 02/01/2017 | Ï123 | TRANSCRIPT re: Markman Hearing held on December 22, 2016, before Judge Vanessa D Gilmore. Court Reporter/Transcriber Dye. Ordering Party Robert Riddle Release of Transcript Restriction set for 5/2/2017., filed. (gdye, ) (Entered: 02/01/2017) |
| 02/02/2017 | Ï124 | Notice of Filing of Official Transcript as to 123 Transcript. Party notified, filed. (hcarr, 4) (Entered: 02/02/2017) |
| 02/10/2017 | Ï125 | Joint MOTION to Amend 120 Docket Control Order by BASF Corporation, filed. Motion Docket Date 3/3/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 02/10/2017) |
| 02/13/2017 | Ï126 | AMENDED PATENT SCHEDULING ORDER granting 125 Motion to Amend 120 Scheduling Order. (Ett: 5 days; Jury Trial – December 2017). Final Infringement Contentions and to amend pleadings on infringement claims due by 2/1/2017; Final Invalidity Contentions and to amend pleadings on invalidity claims due by 2/15/2017; Compliance with PR 3–8: All parties furnish documents and privilege logs pertaining to willful infringement due by 2/1/2017; Designation of Expert Witnesses on non–construction issues on which the party has the burden of proof and service of expert witness reports due by 4/12/2017; Designation of responsive Expert Witnesses on non–claim construction issues on which party does not have burden of proof and service of responsive expert witness reports due by 5/12/2017; Discovery deadline on all issues due by 6/15/2017; Dispositive & Non–Dispositive Motions & Briefing deadlines due by 7/1/2017; Ruling on Pending Motions due by 10/1/2017; Joint Pretrial Order due by 10/15/2017; Written notice due for request for daily transcript real time reporting trial proceedings due by 10/15/2017; Video & Deposition Designation due by 10/15/2017; Motions in Limine due by 10/15/2017; Objections to opponents' proposed witnesses, proposed exhibits, designated deposition testimony, and any other matters due by 10/22/2017; Docket Call set for 11/17/2017 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, 4) (Entered: 02/14/2017) |
| 02/15/2017 | Ï127 | Sealed Second Amended Answer to BASF Corporation's Complaint, filed. (With attachments). (Entered: 02/15/2017) |
| 02/17/2017 | Ï128 | Unopposed MOTION for Danny L. Williams to Withdraw as Attorney by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 3/10/2017. (Attachments: # 1 Proposed Order)(Monterio, Charles) (Entered: 02/17/2017) |
| 02/21/2017 | Ï129 | ORDER granting 128 Motion to Withdraw Danny L. Williams as Attorney. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 02/21/2017) |
| 03/23/2017 | Ï130 | NOTICE of Appearance by Lisa M. Thomas on behalf of BASF Corporation, filed. (Riddle, Robert) (Entered: 03/23/2017) |
| 04/03/2017 | Ï131 | Joint MOTION to Amend 126 Docket Control Order,,,,, by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 4/24/2017. (Attachments: # 1 Proposed Order)(Monterio, Charles) (Entered: 04/03/2017) |
| 04/04/2017 | Ï132 | AMENDED PATENT SCHEDULING ORDER granting 131 Joint Motion to Amend Docket Control Order: Designation of Expert Witnesses on non–construction issues on which the party has the burden of proof and service of expert witness reports due by 5/12/2017; Designation of responsive Expert Witnesses on non–claim construction issues on which the party does not have the burden of proof and service of responsive expert witness reports due by 6/12/2017; Discovery deadline on all issues due by 7/17/2017; Dispositive and Non–Dispositive Motions and Briefing deadlines by 8/15/2017; Courts ruling on all pending motions by 11/1/2017; Joint Pretrial Order |

| | | |
|---|---|---|
| | | due by 12/11/2017; Written notice due for request for daily transcript or real time reporting of trial proceedings by 12/1/2017; Video and Deposition Designations due by 12/1/2017; Motions in Limine due by 12/1/2017; Objections to opponents proposed witnesses, proposed exhibits, designated deposition testimony, and any other matters due by 12/12/2017; Docket Call set for 12/15/2017 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore. (Trial Term: January 2018).(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 04/05/2017) |
| 04/19/2017 | 133 | MOTION for Patrice P. Jean to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (mmapps, 4) (Entered: 04/19/2017) |
| 04/19/2017 | 134 | MOTION for Khue V. Hoang to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (mmapps, 4) (Entered: 04/19/2017) |
| 04/19/2017 | 135 | MOTION for David E. Lansky to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (SandraSilva, 7) (Entered: 04/19/2017) |
| 04/19/2017 | 136 | MOTION for James W. Dabney to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (mmapps, 4) (Entered: 04/19/2017) |
| 04/19/2017 | 137 | MOTION for Stefanie Lopatkin to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (SandraSilva, 7) (Entered: 04/19/2017) |
| 04/19/2017 | 138 | MOTION for Emma L. Baratta to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (mmapps, 4) (Entered: 04/19/2017) |
| 04/19/2017 | 139 | MOTION for Michael Polka to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (mmapps, 4) (Entered: 04/19/2017) |
| 04/19/2017 | 140 | MOTION for James R. Klaiber to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (mmapps, 4) (Entered: 04/19/2017) |
| 04/19/2017 | 141 | MOTION for Richard M. Koehl to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/10/2017. (SandraSilva, 7) (Entered: 04/19/2017) |
| 04/19/2017 | 143 | ORDER granting 134 MOTION for Khue V. Hoang to Appear Pro Hac Vice (Signed by Judge Vanessa D Gilmore) Parties notified.(olindor, 4) (Entered: 04/20/2017) |
| 04/19/2017 | 144 | ORDER granting 135 MOTION for David E. Lansky to Appear Pro Hac Vice (Signed by Judge Vanessa D Gilmore) Parties notified.(olindor, 4) (Entered: 04/20/2017) |
| 04/19/2017 | 145 | ORDER granting 136 MOTION for James W. Dabney to Appear Pro Hac Vice (Signed by Judge Vanessa D Gilmore) Parties notified.(olindor, 4) (Entered: 04/20/2017) |
| 04/19/2017 | 149 | ORDER granting 139 MOTION for Michael Polka to Appear Pro Hac Vice (Signed by Judge Vanessa D Gilmore) Parties notified.(olindor, 4) (Entered: 04/20/2017) |
| 04/20/2017 | 142 | ORDER granting 133 MOTION for Patrice P. Jean to Appear Pro Hac Vice (Signed by Judge Vanessa D Gilmore) Parties notified.(olindor, 4) (Entered: 04/20/2017) |

| 04/20/2017 | Ï 146 | ORDER granting 137 MOTION for Stefanie Lopatkin to Appear Pro Hac Vice (Signed by Judge Vanessa D Gilmore) Parties notified.(olindor, 4) (Entered: 04/20/2017) |
|---|---|---|
| 04/20/2017 | Ï 147 | ORDER granting 138 Motion for Emma L. Baratta to Appear Pro Hac Vice as to SNF, SAS, SNF Holding Company, Flopam Inc., Chemtall Inc., and SNF (China) Flocculant Co., Ltd..(Signed by Judge Vanessa D Gilmore) Parties notified.(jdav, 4) (Entered: 04/20/2017) |
| 04/20/2017 | Ï 148 | ORDER granting 140 Motion for James R. Klaiber to Appear Pro Hac Vice for Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS,.(Signed by Judge Vanessa D Gilmore) Parties notified.(jdav, 4) (Entered: 04/20/2017) |
| 04/20/2017 | Ï 150 | ORDER granting 141 Motion for Richard M. Koehl to Appear Pro Hac Vice as to Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS.(Signed by Judge Vanessa D Gilmore) Parties notified.(jdav, 4) (Entered: 04/20/2017) |
| 04/20/2017 | Ï 151 | Unopposed MOTION for Jeffrey K. Sherwood to Withdraw as Attorney by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/11/2017. (Attachments: # 1 Proposed Order)(Rutherford, Keith) (Entered: 04/20/2017) |
| 04/20/2017 | Ï 152 | MOTION for Stephen S. Rabinowitz to Appear Pro Hac Vice by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 5/11/2017. (hcarr, 4) (Entered: 04/21/2017) |
| 04/21/2017 | Ï 153 | ORDER granting 151 Motion to Withdraw Jeffrey Kirk Sherwood as Attorney. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 04/21/2017) |
| 04/21/2017 | Ï 154 | ORDER granting 152 Motion for Stephen Rabinowitz to Appear Pro Hac Vice.(Signed by Judge Vanessa D Gilmore) Parties notified.(gkelner, 4) (Entered: 04/24/2017) |
| 05/12/2017 | Ï 155 | Unopposed MOTION for the Taking of a Deposition of Shigeo Inoue in Japan by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 6/2/2017. (Attachments: # 1 Proposed Order)(Jean, Patrice) (Entered: 05/12/2017) |
| 05/16/2017 | Ï 156 | ORDER granting 155 Motion for the Taking of a Deposition of Shigeo Inoue in Japan. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 05/16/2017) |
| 05/29/2017 | Ï 157 | MOTION to Quash Rule 30(b)(6) Notice of Deposition and Motion for Protective Order by BASF Corporation, filed. Motion Docket Date 6/19/2017. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 Proposed Order Granting Motion to Quash, # 3 Exhibit 3 Proposed Order Granting Motion for Protective Order, # 4 Exhibit 4 Declaration of Robert Riddle, # 5 Exhibit 5, # 6 Exhibit 6)(Riddle, Robert) (Entered: 05/29/2017) |
| 05/31/2017 | Ï 158 | STATEMENT *Letter to Judge Vanessa D. Gilmore from attorney Keith A. Rutherford dated May 31, 2017 regarding Discovery Dispute* by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed.(Rutherford, Keith) (Entered: 05/31/2017) |
| 06/01/2017 | Ï 159 | NOTICE of Setting as to 158 Discovery Letter. Parties notified. Discovery Hearing set for 6/5/2017 at 10:00 AM in Courtroom 9A before Judge Vanessa D Gilmore, filed. (wbostic, 4) (Entered: 06/01/2017) |
| 06/01/2017 | Ï 160 | *Letter to Judge Vanessa Gilmore from Keith Rutherford dated June 1, 2017 re Discovery Dispute over Additional Japanese Depositions* by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed.(Rutherford, Keith) (Entered: 06/01/2017) |
| 06/05/2017 | Ï | Minute Entry for proceedings held before Judge Vanessa D Gilmore. DISCOVERY HEARING held on 6/5/2017. By the end of the today counsel is to provide a list of previous people who worked for the predecessor companies. New Deposition list by tomorrow. Appearances: Robert Reinaldo Riddle, Keith Alan Rutherford, James W. Dabney. (Court Reporter: Dye), filed. (wbostic, |

| | | 4) (Entered: 06/05/2017) |
|---|---|---|
| 06/05/2017 | Ï161 | AO 435 TRANSCRIPT REQUEST by BASF Corporation for Transcript of Discovery Hearing on 6/5/17 before Judge Gilmore. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Gayle Dye, filed. (Riddle, Robert) (Entered: 06/05/2017) |
| 06/05/2017 | Ï162 | AO 435 TRANSCRIPT REQUEST by SNF Holding Co. et al. for Transcript of Discovery Hearing on 06/05/17 before Judge Gilmore. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Gayle Dye, filed. (Rutherford, Keith) (Entered: 06/05/2017) |
| 06/07/2017 | Ï163 | TRANSCRIPT re: Discovery Hearing held on June 5, 2017, before Judge Vanessa D Gilmore. Court Reporter/Transcriber Dye. Ordering Party Jacqueline Carlson Release of Transcript Restriction set for 9/5/2017., filed. (gdye, ) (Entered: 06/07/2017) |
| 06/08/2017 | Ï164 | Notice of Filing of Official Transcript as to 163 Transcript. Party notified, filed. (hcarr, 4) (Entered: 06/08/2017) |
| 06/09/2017 | Ï165 | MOTION to Dismiss *Plaintiff BASF Corporations Complaint without prejudice,* by Chemtall Inc., Flopam Inc., filed. Motion Docket Date 6/30/2017. (Attachments: # 1 Declaration of J. Carlson, # 2 Proposed Order granting Motion to Dismiss as to Flopam and Chemtall)(Rutherford, Keith) (Entered: 06/09/2017) |
| 06/12/2017 | Ï166 | MOTION for Lisa A. Chiarini to Appear Pro Hac Vice by BASF Corporation, filed. Motion Docket Date 7/3/2017. (Riddle, Robert) (Entered: 06/12/2017) |
| 06/15/2017 | Ï167 | ORDER granting 166 Motion for Lisa A. Chiarini to Appear Pro Hac Vice. (Signed by Judge Vanessa D Gilmore) Parties notified. (rosaldana, 4) (Entered: 06/15/2017) |
| 06/27/2017 | Ï168 | RESPONSE in Opposition to 165 MOTION to Dismiss *Plaintiff BASF Corporations Complaint without prejudice,,* filed by BASF Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Appendix, # 4 Proposed Order)(Riddle, Robert) (Entered: 06/27/2017) |
| 06/29/2017 | Ï169 | REPLY in Support of 165 MOTION to Dismiss *Plaintiff BASF Corporations Complaint without prejudice,,* filed by Chemtall Inc., Flopam Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Dabney, James) (Entered: 06/29/2017) |
| 07/05/2017 | Ï170 | Unopposed MOTION for Daniel G. Cardy to Withdraw as Attorney by SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 7/26/2017. (Attachments: # 1 Proposed Order)(Rutherford, Keith) (Entered: 07/05/2017) |
| 07/05/2017 | Ï171 | NOTICE of Appearance by Michael B. Taylor on behalf of BASF Corporation, filed. (Taylor, Michael) (Entered: 07/05/2017) |
| 07/07/2017 | Ï172 | NOTICE *of Supplemental Authority* re: 168 Response in Opposition to Motion, by BASF Corporation, filed. (Attachments: # 1 Supplement Authority, # 2 Supplement Authority, # 3 Supplement Authority, # 4 Supplement Authority, # 5 Supplement Authority, # 6 Supplement Authority)(Riddle, Robert) (Entered: 07/07/2017) |
| 07/10/2017 | Ï173 | ORDER granting 170 Unopposed MOTION for Daniel G. Cardy to Withdraw as Attorney. Attorney Daniel G. Cardy terminated as counsel for defendants. (Signed by Judge Vanessa D Gilmore) Parties notified.(gclair, 4) (Entered: 07/10/2017) |
| 07/12/2017 | Ï174 | *Letter to Judge Vanessa Gilmore from Robert Riddle dated July 12, 2017 re Discovery Disputes* by BASF Corporation, filed.(Riddle, Robert) (Entered: 07/12/2017) |
| 07/13/2017 | Ï175 | NOTICE of Setting as to 174 Discovery Dispute Letter. Parties notified. Discovery Hearing set for 7/17/2017 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore, filed. (The parties must plan to take depositions in Judge Gilmore's jury room at 1:00 p.m.). (bthomas, 4) (Entered: |

| | | 07/13/2017) |
|---|---|---|
| 07/14/2017 | Ï 176 | RESPONSE to 174 Document *July 12, 2017 Letter from Robert Riddle to Judge Vanessa Gilmore re Discovery Disputes*, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd.. (Jean, Patrice) (Entered: 07/14/2017) |
| 07/14/2017 | Ï 177 | ORDER. It is patently ridiculous for BASF to take the position that the Court only meant to address their request for depositions, to the exclusion of SNF. That is frankly what counsel for BASF should be embarrassed about. All remaining depositions requested by either party must be concluded by, no later than, July 21, 2017. All depositions will take place in the Courts jury room unless otherwise ORDERED. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 07/14/2017) |
| 07/15/2017 | Ï 178 | MOTION for Joshua P. Davis to Appear Pro Hac Vice by BASF Corporation, filed. Motion Docket Date 8/7/2017. (Riddle, Robert) (Entered: 07/15/2017) |
| 07/17/2017 | Ï 179 | RESPONSE to 176 Response *re Defendants' Proposed July 17–21 Deposition Itinerary*, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (Jean, Patrice) (Entered: 07/17/2017) |
| 07/17/2017 | Ï | Minute Entry for proceedings held before Judge Vanessa D Gilmore. DISCOVERY HEARING held on 7/17/2017 regarding 174 Discovery Letter, 176 Response, 179 Response. The lawyers are ordered to take depositions in Judge Gilmore's jury room from July 17–July 21 of Roger Bonnecase, Stephen Becker, Mr. Freeman, Mr. Shah, Mr. Robertshaw, Rene Hund, Mr. Pich, Joseph Schork, James Pampinella, and Carla Butler. The deposition of John Barratt to be taken by next week. Appearances: Robert Riddle, Josh Davis, Lisa Thomas, David Cabello, Patrice Jean, Keith Rutherford, James Dabney, David Cabello. (Court Reporter: Kathy Metzger), filed. (bthomas, 4) (Entered: 07/17/2017) |
| 07/17/2017 | Ï 180 | AO 435 TRANSCRIPT REQUEST by SNF/K. Rutherford for Transcript of Discovery Hearing, 07/17/2017, held before Judge Vanessa D. Gilmore. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Kathy Metzger, filed. (Rutherford, Keith) (Entered: 07/17/2017) |
| 07/17/2017 | Ï 181 | AO 435 TRANSCRIPT REQUEST by Plaintiff BASF Corporation/Robert Riddle for Transcript of Discovery Hearing 07/17/2017 Judge Vanessa Gilmore. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Kathy Metzger, filed. (Riddle, Robert) (Entered: 07/17/2017) |
| 07/18/2017 | Ï 182 | TRANSCRIPT re: Discovery Hearing held on 7/17/2017 before Judge Vanessa D Gilmore. Court Reporter/Transcriber K. Metzger. Release of Transcript Restriction set for 10/16/2017, filed. (kmetzger) (Entered: 07/18/2017) |
| 07/18/2017 | Ï 183 | ORDER denying 178 Motion to Appear Pro Hac Vice. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, 4) (Entered: 07/18/2017) |
| 07/18/2017 | Ï 184 | STATEMENT *of Joshua P. Davis* re: 183 Order on Motion to Appear Pro Hac Vice by BASF Corporation, filed.(Riddle, Robert) (Entered: 07/18/2017) |
| 07/19/2017 | Ï 185 | Notice of Filing of Official Transcript as to 182 Transcript. Party notified, filed. (hcarr, 4) (Entered: 07/19/2017) |
| 07/19/2017 | Ï 186 | ORDER granting 178 Motion for Joshua P. Davis to Appear Pro Hac Vice for BASF Corporation. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 07/19/2017) |
| 07/27/2017 | Ï 187 | *Letter to Court providing supplemental authority,* by SNF Holding Company, filed. (Attachments: # 1 Exhibit 1_OptoLum, Inc v. Cree, Inc., Order re' transfer for improper venue)(Cabello, Jesus) (Entered: 07/27/2017) |
| 08/04/2017 | Ï 188 | |

| | | |
|---|---|---|
| | | BRIEF *Letter to Court providing supplemental authority* re: 165 MOTION to Dismiss *Plaintiff BASF Corporations Complaint without prejudice*, by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Attachments: # 1 Exhibit 1_GC Tech v. Fanduel)(Dabney, James) (Entered: 08/04/2017) |
| 08/09/2017 | 189 | *Letter to Court providing supplemental authorities re' Motion to Dismiss,* by SNF Holding Company, filed. (Attachments: # 1 Exhibit 1_Ironburg Inventions Ltd v Valve Corp, # 2 Exhibit 2_Valspar v PPG, # 3 Exhibit 3_Cuttsforth v LEMM)(Cabello, Jesus) (Entered: 08/09/2017) |
| 08/15/2017 | 190 | *DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND AS TO THE ISSUE OF PATENT CLAIM VALIDITY UNDER 35 U.S.C. § 103* by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Memorandum In Support of Defendants' Motion To Strike Plaintiff's Jury Demand As To The Issue Of Patent Claim Validity Under 35 U.S.C. § 103, # 2 Declaration of Michael M. Polka In Support of Defendants' Motion to Strike Jury Demand, # 3 Exhibit A – U.S. Patent No. 5,633,329, # 4 Exhibit B – Excerpts from 125Stat284 America Invents Act, # 5 Exhibit C – Cutsforth Inc v LEMM Liquidating Company LLC, # 6 Exhibit D – Ironburg Inventions Ltd v Valve Corporation, # 7 Exhibit E – 35 USC 103 (2006), # 8 Exhibit F – 35 usc 115 (1994), # 9 Proposed Order)(Dabney, James) (Entered: 08/15/2017) |
| 08/15/2017 | 191 | Sealed Motion to Exclude Opinion Testimony of Defendant's Expert Dr. Benny Freeman Concerning the Endian Article, filed by BASF Corporation. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | 192 | (Docketed in Error. Re–filed at 193 ) Unopposed MOTION to Seal BASF's Motion to Exclude Opinion Testimony of SNF's Expert Dr. Benny Freeman Concerning the Endian Article by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | 193 | Unopposed MOTION to Seal BASF's Motion to Exclude Opinion Testimony of SNF's Expert Dr. Benny Freeman Concerning the Endian Article by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 08/15/2017) |
| 08/15/2017 | 194 | Sealed Motion for Summary Judgment of No Inequitable Conduct, filed by BASF Corporation. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | 195 | Unopposed MOTION to Seal BASF's Motion for Summary Judgment of No Inequitable Conduct by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 08/15/2017) |
| 08/15/2017 | 196 | Sealed Motion to Exclude the Non–Infringement Opinions of Defendant's Expert Dr. Roger Bonnecaze, filed by BASF Corporation. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | 197 | Unopposed MOTION to Seal BASF's Motion to Exclude the Non–Infringement Opinions of Defendants' Expert Dr. Roger Bonnecaze by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 08/15/2017) |
| 08/15/2017 | 198 | Sealed Motion for Leave to File Amended Answers Raising a Defense of Unclean Hands, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | 199 | Sealed Motion to Exclude Testimony of Defendant's Experts Girish Shah and Hubert Fowler, filed BASF Corporation. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | 200 | |

|  |  | Unopposed MOTION to Seal BASF Corp.'s Motion to Exclude Testimony of Defendants' Experts Girish Shah and Hubert Fowler by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 08/15/2017) |
|---|---|---|
| 08/15/2017 | Ï 201 | Sealed Motion to Strike and Exclude Defendant's Expert Reports that are Untimely and/or are Outside the Scope of Defendant's Final Invalidity Contentions, filed by BASF Corporation. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | Ï 202 | Unopposed MOTION to Seal BASFs Motion to Strike and Exclude Defendants Expert Reports that are Untimely and/or are Outside the Scope of Defendants Final Invalidity Contentions by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 08/15/2017) |
| 08/15/2017 | Ï 203 | Sealed Motion to Strike Defendant's Invalidity Contentions Barred by IPR Estoppel Under 35 U.S.C. § 315(E)(2) and Untimely and Insufficient Disclosure, filed by BASF Corporation. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | Ï 204 | Unopposed MOTION to Seal BASFs Motion to Strike Defendants Invalidity Contentions Barred By IPR Estoppel Under 35 U.S.C. § 315(E)(2) and Untimely and Insufficient Disclosure by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 08/15/2017) |
| 08/15/2017 | Ï 205 | Sealed Motion to Exclude Defendant's Opinion Testimony on Non–Infringing Alternatives, filed by BASF Corporation. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | Ï 206 | Unopposed MOTION to Seal BASFs Motion to Exclude Defendants Opinion Testimony on Non–Infringing Alternatives by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 08/15/2017) |
| 08/15/2017 | Ï 207 | Sealed Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,633,329, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | Ï 208 | Sealed Motion to Exclude the proposed Testimony of James E. Pampinella, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | Ï 209 | Sealed Motion for Partial Summary Judgment of Validity, filed by BASF Corporation. (With attachments) Modified on 8/16/2017 (bthomas, 4). (Entered: 08/15/2017) |
| 08/15/2017 | Ï 210 | Unopposed MOTION to Seal BASFs Motion for Partial Summary Judgment of Validity by BASF Corporation, filed. Motion Docket Date 9/5/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 08/15/2017) |
| 08/16/2017 | Ï 212 | Sealed DVD with Exhibits to 207 Defendant's Motion for Summary Judgment, filed by SNF Holding Company, et al. (Entered: 08/23/2017) |
| 08/16/2017 | Ï 213 | Sealed DVD Exhibits to 208 Defendant's Motion to Exclude the Proposed Testimony of James E. Pampinella, filed by SNF Holding Company, et al. (Entered: 08/23/2017) |
| 08/18/2017 | Ï 211 | Joint MOTION for Extension of Time Stipulation and Joint Motion Requesting Extension of Time to File Responses and Replies to Motions Filed August 15, 2017 by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 9/8/2017. (Attachments: # 1 Proposed Order)(Koehl, Richard) (Entered: 08/18/2017) |
| 08/24/2017 | Ï 214 | ORDER granting 211 Motion for Extension of Time to File Responses and Replies to Motions filed August 15, 2017. (Responses due by 9/15/2017. Replies due by 9/22/2017). (Signed by Judge |

| | | Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 08/24/2017) |
|---|---|---|
| 08/25/2017 | Ï215 | NOTICE of Supplemental Authority re: 165 MOTION to Dismiss Plaintiff BASF Corporations Complaint without prejudice, by SNF Holding Company, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Dabney, James) (Entered: 08/25/2017) |
| 08/25/2017 | Ï216 | ORDER Granting 193 Motion to Seal BASF's Motion to Exclude Opinion Testimony of SNF's Expert Dr. Benny Freeman Concerning the Endian Article..(Signed by Judge Vanessa D Gilmore) Parties notified.(jguajardo, 4) (Entered: 08/25/2017) |
| 08/25/2017 | Ï217 | ORDER Granting 195 Motion to Seal BASF's Motion for Summary Judgment of No Inequitable Conduct..(Signed by Judge Vanessa D Gilmore) Parties notified.(jguajardo, 4) (Entered: 08/25/2017) |
| 08/25/2017 | Ï218 | ORDER Granting 197 Motion to Seal BASF's Motion to Exclude the Non–Infringement Opinions of Defendant's Expert Dr. Roger Bonnecaze.(Signed by Judge Vanessa D Gilmore) Parties notified.(jguajardo, 4) (Entered: 08/25/2017) |
| 08/25/2017 | Ï219 | ORDER Granting 200 Motion to Seal BASF Corp's Motion to Exclude Testimony of Defendants' Experts Girish Shah and Hubert Fowler..(Signed by Judge Vanessa D Gilmore) Parties notified.(jguajardo, 4) (Entered: 08/25/2017) |
| 08/25/2017 | Ï220 | ORDER Granting 204 Motion to Seal BASF's Motion to Strike Defendants' Invalidity Contentions Barred by IPR Estoppel.(Signed by Judge Vanessa D Gilmore) Parties notified.(jguajardo, 4) (Entered: 08/25/2017) |
| 08/25/2017 | Ï221 | ORDER Granting 206 Motion to Seal BASF's Motion to Exclude Defendants' Opinion Testimony on Non–Infringing Alternatives..(Signed by Judge Vanessa D Gilmore) Parties notified.(jguajardo, 4) (Entered: 08/25/2017) |
| 08/25/2017 | Ï222 | ORDER granting 202 Motion to Seal. Plaintiff's motion at entry #201 shall be maintained by the Clerk permanently under seal.(Signed by Judge Vanessa D Gilmore) Parties notified.(jdav, 4) (Entered: 08/25/2017) |
| 08/25/2017 | Ï223 | ORDER Granting 210 Motion to Seal BASF's Motion for Partial Summary Judgment of Validity..(Signed by Judge Vanessa D Gilmore) Parties notified.(jguajardo, 4) (Entered: 08/25/2017) |
| 09/05/2017 | Ï224 | NOTICE of Supplemental Authority re: 168 Response in Opposition to Motion, by BASF Corporation, filed. (Attachments: # 1 Exhibit 1, Supplemental Authority, # 2 Exhibit 2, Supplemental Authority, # 3 Exhibit 3, Supplemental Authority)(Riddle, Robert) (Entered: 09/05/2017) |
| 09/07/2017 | Ï | ***Set/Reset Deadlines re: Motions filed 8/15/17. (Responses due by 9/15/2017. Replies due by 9/22/2017). (bthomas, 4) (Entered: 09/07/2017) |
| 09/11/2017 | Ï225 | Joint MOTION for Extension of Time of Certain Deadlines by BASF Corporation, filed. Motion Docket Date 10/2/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 09/11/2017) |
| 09/11/2017 | Ï226 | AMENDED PATENT SCHEDULING ORDER granting 225 Joint MOTION for Extension of Time of Certain Deadlines. (Trial Term: February 2018) (Responses to Motions filed August 15, 2017 due by 9/22/2017. Replies to Motions filed August 15, 2017 due by 10/6/2017. Court's Ruling on Pending Motions due by 12/1/2017. Request for Daily Transcript due by 1/2/2018. Video & Deposition Designation due by 1/2/2018. Motions in Limine due by 1/2/2018. Joint Pretrial Order due by 1/11/2018. Objections to proposed witnesses, exhibits, designated deposition testimony and any other matters due by 1/12/2018. Docket Call set for 1/26/2018 at 01:30 PM in Courtroom 9A before Judge Vanessa D Gilmore. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 09/13/2017) |

| 09/13/2017 | Ï | ***Reset Deadlines re: Motions filed 8/15/17. (Responses due by 9/22/2017. Replies due by 10/6/2017). (bthomas, 4) (Entered: 09/13/2017) |
|---|---|---|
| 09/15/2017 | Ï227 | BRIEF Supplemental Authority re: 165 MOTION to Dismiss *Plaintiff BASF Corporations Complaint without prejudice,* by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Dabney, James) (Entered: 09/15/2017) |
| 09/22/2017 | Ï228 | Sealed Memorandum in Opposition to 196 Plaintiffs Motion to Exclude the Non–Infringement Opinions of Dr. Roger Bonnecaze, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï229 | RESPONSE in Opposition to 203 Sealed Motion to Strike Defendant's Invalidity Contentions Barred by IPR Estoppel Under 35 U.S.C. § 315(E)(2) and Untimely and Insufficient Disclosure, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (Attachments: # 1 Proposed Order)(Dabney, James) Modified on 9/27/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï230 | Sealed Response Opposing 198 Motion for Leave to File Amended Answers Raising a Defense of Unclean Hands, filed by BASF Corporation. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï231 | Unopposed MOTION to Seal BASFs Response Opposing Defendants Motion for Leave to File Amended Answers Raising a Defense of Unclean Hands by BASF Corporation, filed. Motion Docket Date 10/13/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 09/22/2017) |
| 09/22/2017 | Ï232 | Sealed Declaration of Michael M. Polka in Support of 229 Response in Opposition, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï233 | Sealed Opposition to 208 Defendants Motion to Exclude the proposed testimony of James E. Pampinella, filed by BASF Corporation. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï234 | Unopposed MOTION to Seal BASF Corp.s Opposition to Defendants Motion to Exclude the Proposed Testimony of James E. Pampinella by BASF Corporation, filed. Motion Docket Date 10/13/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 09/22/2017) |
| 09/22/2017 | Ï235 | RESPONSE in Opposition to 191 Sealed Motion to Exclude Opinion Testimony of Plaintiff's Expert Dr. Benny Freeman Concerning the Endian Article, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (Attachments: # 1 Proposed Order)(Dabney, James) (Main Document 235 replaced on 10/11/2017) (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï236 | Sealed Declaration of Michael M. Polka in Support of 235 Defendants Response in Opposition, filed. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï237 | RESPONSE in Opposition to 190 MOTION to Strike *DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND AS TO THE ISSUE OF PATENT CLAIM VALIDITY UNDER 35 U.S.C. § 103*, filed by BASF Corporation. (Attachments: # 1 Appendix, # 2 Affidavit, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Proposed Order)(Riddle, Robert) (Entered: 09/22/2017) |
| 09/22/2017 | Ï238 | Sealed Memorandum in Opposition to 194 Motion for Summary Judgment of "No Inequitable Conduct", filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: |

| | | 09/22/2017) |
|---|---|---|
| 09/22/2017 | Ï239 | Sealed Memorandum in Opposition to 209 Plaintiffs Motion for Summary Judgment of Validity of U.S. Patent No. 5,633,329, filed Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï240 | Sealed Brief in Opposition to 199 Motion to Exclude Testimony of Defendant's Experts Girish Shah and Hubert Fowler, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï241 | Sealed Memorandum in Opposition to 201 Motion to Strike and Exclude Defendant's Expert Reports that are Untimely and/or are Outside the Scope of Defendant's Final Invalidity Contentions, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï242 | Sealed Memorandum of Law in Opposition to 207 Defendant's Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,633,329, filed by BASF Corporation. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/22/2017 | Ï243 | Unopposed MOTION to Seal BASFs Memorandum of Law in Opposition to Defendants Motion for Summary Judgment of Invalidity by BASF Corporation, filed. Motion Docket Date 10/13/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 09/22/2017) |
| 09/22/2017 | Ï244 | Sealed Brief in Opposition to 205 BASF Motion to Exclude Defendant's Opinion Testimony on Non–Infringing Alternatives, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) Modified on 9/26/2017 (bthomas, 4). (Entered: 09/22/2017) |
| 09/25/2017 | Ï245 | ORDER granting 231 Motion to Seal Response. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 09/26/2017) |
| 09/25/2017 | Ï246 | ORDER granting 234 Motion to Seal Opposition to Motion.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 09/26/2017) |
| 09/25/2017 | Ï247 | ORDER granting 243 Motion to Seal Memorandum of Law.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 09/26/2017) |
| 09/26/2017 | Ï248 | Additional EXHIBITS (J) Sealed DVD re: 244 Sealed Event, by Chemtall Inc., et al., filed. (placed in vault) (MarcelleLaBee, 4) (Entered: 09/27/2017) |
| 10/02/2017 | Ï249 | Unopposed MOTION for Mark Vogelbacker to Withdraw as Attorney by BASF Corporation, filed. Motion Docket Date 10/23/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 10/02/2017) |
| 10/02/2017 | Ï250 | ORDER denying 191 Motion to Exclude Opinion Testimony of Dr. Benny Freeman Concerning The Endian Article. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/03/2017) |
| 10/02/2017 | Ï251 | ORDER denying 198 Motion for Leave to File Amended Answer Raising a Defense of Unclean Hands. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Main Document 251 replaced on 10/3/2017) (bthomas, 4). (Entered: 10/03/2017) |
| 10/02/2017 | Ï255 | ORDER on 190 Motion to Strike Plaintiff's Jury Demand as to the Issue of Patent Claim Validity. The case will be submitted to a jury. The Court will rule on any pending legal issues at the conclusion of the presentation of evidence and before the case is submitted to the jury. (Signed by |

| | | Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/04/2017) |
|---|---|---|
| 10/03/2017 | Ï 252 | ORDER denying without prejudice to re–urging 196 Motion to Exclude the Non–Infringement Opinions of Defendant's Expert Dr. Roger Bonnecaze. The plaintiff may take the witness on voir dire and re–urge the motion if appropriate.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/03/2017) |
| 10/03/2017 | Ï 253 | ORDER on 201 BASFs Motion to Strike and Exclude Defendants Expert Reports that are Untimely and/or Outside the Scope of Defendants Final Invalidity Contentions. The Court agrees that the expert reports have a tendency to expand the Defendants invalidity contentions. The Court is not convinced that this is the sole fault of the Defendants. To the extent Plaintiff has been disadvantaged by the expanded invalidity contentions, Plaintiff may seek an amendment of the Scheduling Order and Supplemental Depositions of the Defendants experts on these matters. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/03/2017) |
| 10/03/2017 | Ï 254 | ORDER granting 249 Motion to Withdraw Attorney Mark T. Vogelbacker as counsel for BASF Corporation. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/03/2017) |
| 10/05/2017 | Ï 256 | ORDER on 199 Plaintiff's Motion to Exclude Testimony of Defendants Experts Girish Shaw and Hubert Fowler. The Court will reserve ruling on the relevance of the proposed testimony of these witnesses at this time. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/05/2017) |
| 10/05/2017 | Ï 257 | ORDER granting 205 Motion to Exclude Defendant's Opinion Testimony on Non–Infringing Alternatives. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/05/2017) |
| 10/05/2017 | Ï 258 | Sealed Reply in Support of 203 Motion to Strike Defendant's Invalidity Contentions Barred by IPR Estoppel Under 35 U.S.C. § 315(E)(2) and Untimely and Insufficient Disclosure, filed by BASF Corporation. (With attachments) (Entered: 10/05/2017) |
| 10/05/2017 | Ï 259 | Unopposed MOTION to Seal BASFs Reply in Support of Motion to Strike Defendants Invalidity Contentions Barred by IPR Estoppel Under 35 U.S.C. § 315(e)(2) and Untimely and Insufficient Disclosure by BASF Corporation, filed. Motion Docket Date 10/26/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 10/05/2017) |
| 10/05/2017 | Ï 260 | Sealed Reply in Support of 208 Motion to Exclude the proposed Testimony of James E. Pampinella, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (Entered: 10/05/2017) |
| 10/05/2017 | Ï 261 | ORDER denying 165 Flopam and Chemtall's Motion to Dismiss for Improper Venue. (Signed by Judge Vanessa D Gilmore) Parties notified. (bthomas, 4) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 262 | Sealed Reply in Support of 209 Motion for Partial Summary Judgment of Validity, filed by BASF Corporation. (With attachments) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 263 | Unopposed MOTION to Seal BASFs Reply in Support of its Motion for Partial Summary Judgment of Validity by BASF Corporation, filed. Motion Docket Date 10/27/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 264 | Sealed Reply Brief in Support of 194 Motion for Summary Judgment of No Inequitable Conduct, filed by BASF Corporation. (With attachments) (Entered: 10/06/2017) |
| 10/06/2017 | Ï 265 | Unopposed MOTION to Seal BASF Corps Reply Brief in Support of Motion for Summary Judgment of No Inequitable Conduct by BASF Corporation, filed. Motion Docket Date 10/27/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 10/06/2017) |

| 10/06/2017 | Ï266 | ORDER granting 259 Motion to Seal BASF's Reply In Support at 258 .(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/06/2017) |
| 10/06/2017 | Ï267 | Sealed Reply in Support of 207 Defendant's Motion for Summary Judgment of Invalidity of U.S. Patent 5,633,329, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) (Entered: 10/06/2017) |
| 10/06/2017 | Ï269 | ORDER granting 265 MOTION to Seal BASF Corps Reply Brief in Support of Motion for Summary Judgment of No Inequitable Conduct. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/10/2017) |
| 10/09/2017 | Ï268 | Sealed Corrected Reply in Support of 207 Defendant's Motion for Summary Judgment of Invalidity of U.S. Patent 5,633,329, filed by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS. (With attachments) (Entered: 10/09/2017) |
| 10/10/2017 | Ï270 | EXHIBIT B by SNF Holding Company, filed by James W. Dabney.(ShoshanaArnow, 4) (Entered: 10/11/2017) |
| 10/11/2017 | Ï271 | ORDER granting 263 Motion to Seal BASF's Reply in Support. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/12/2017) |
| 10/13/2017 | Ï272 | ORDER denying 208 Sealed Motion to Exclude the proposed Testimony of James E. Pampinella. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 10/13/2017) |
| 10/20/2017 | Ï273 | *Letter to Judge Vanessa Gilmore from Robert Riddle dated October 20, 2017* by BASF Corporation, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Riddle, Robert) (Entered: 10/20/2017) |
| 10/23/2017 | Ï274 | BRIEF *Letter Response to the Honorable Vanessa Gilmore from James W. Dabney* re: 273 Document by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed.(Dabney, James) (Entered: 10/23/2017) |
| 11/02/2017 | Ï275 | Sealed Motion and Memorandum in Support of Motion for Clarification or, in the alternative, for Reconsideration of Order 257 granting motion to exclude Defendants' Opinion testimony on Non–Infringing Alternatives, filed. (With attachments) (Entered: 11/02/2017) |
| 11/15/2017 | Ï276 | Opposed MOTION to Stay *All Proceedings Pending Resolution of In Re Flopam Inc.* by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 12/6/2017. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Dabney, James) (Entered: 11/15/2017) |
| 11/16/2017 | Ï277 | ORDER denying 276 Motion to Stay All Proceedings Pending Resolution of In Re Flopam, Inc. No. 2018–107. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 11/16/2017) |
| 11/22/2017 | Ï278 | Sealed Response to 275 Motion and Memorandum in Support of Motion for Clarification or, in the alternative, for Reconsideration of Order 257 , filed. (With attachments) Modified on 11/27/2017 (bthomas, 4). (Entered: 11/22/2017) |
| 11/22/2017 | Ï279 | Unopposed MOTION to Seal BASFs Response to SNFs Motion for Clarification or, In the Alternative, for Reconsideration of the Order Granting Motion to Exclude Defendants Opinion Testimony on Non–Infringing Alternatives by BASF Corporation, filed. Motion Docket Date 12/13/2017. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 11/22/2017) |
| 11/27/2017 | Ï280 | Sealed Reply Memorandum in Support of 275 Motion for Clarification or, in the alternative, for Reconsideration of Order 257 granting motion to exclude Defendants' Opinion testimony on Non–Infringing Alternatives, filed. Modified on 11/27/2017 (bthomas, 4). (Entered: 11/27/2017) |

| 11/28/2017 | Ï 281 | ORDER granting 279 Motion to Seal BASF's Response to SNF's Motion for Clarification. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 11/28/2017) |
|---|---|---|
| 11/28/2017 | Ï 282 | MOTION for Reconsideration of 261 Order on Motion to Dismiss by Chemtall Inc., Flopam Inc., SNF (China) Flocculant Co., Ltd., SNF Holding Company, SNF SAS, filed. Motion Docket Date 12/19/2017. (Attachments: # 1 Appendix Exhibit A – C, # 2 Proposed Order)(Dabney, James) (Entered: 11/28/2017) |
| 12/12/2017 | Ï 283 | Opposed MOTION for Preferential Trial Setting by BASF Corporation, filed. Motion Docket Date 1/2/2018. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 12/12/2017) |
| 12/13/2017 | Ï 284 | ORDER granting 283 Opposed MOTION for Preferential Trial Setting. (Jury Trial set for 2/1/2018 at 09:30 AM in Courtroom 9A before Judge Vanessa D Gilmore)(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/13/2017) |
| 12/18/2017 | Ï 285 | Sealed Opposition to 282 MOTION for Reconsideration of 261 Order on Motion to Dismiss by BASF Corporation, filed. (With attachments) Modified on 12/19/2017 (bthomas, 4). (Entered: 12/18/2017) |
| 12/18/2017 | Ï 286 | Unopposed MOTION to Seal BASF Corp.s Opposition to Chemtall Inc.s and Flopam Inc.s Motion for Reconsideration of the Order Denying Motion to Dismiss Complaint for Improper Venue in Light of TC Heartland by BASF Corporation, filed. Motion Docket Date 1/8/2018. (Attachments: # 1 Proposed Order)(Riddle, Robert) (Entered: 12/18/2017) |
| 12/19/2017 | Ï 287 | ORDER granting 286 Motion to Seal.(Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/19/2017) |
| 12/19/2017 | Ï 288 | ORDER granting 282 Defendants Flopam Inc. and Chemtall Incorporated Motion for Reconsideration of the Order Denying their Motion to Dismiss. It is further ORDERED that this case is transferred to the United States District Court for the Southern District of Georgia. (Signed by Judge Vanessa D Gilmore) Parties notified.(bthomas, 4) (Entered: 12/19/2017) |
| 12/19/2017 | Ï | Interdistrict transfer to USDC Southern District of Georgia. Case transferred electronically, filed. (bthomas, 4) (Entered: 12/19/2017) |