# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

BASF CORPORATION,

    Plaintiff,

v.

SNF HOLDING COMPANY, et al,

    Defendants.

CIVIL ACTION NO.: 4:17-251

## O R D E R

Presently before the Court is the Defendants' Motion for Entry of Final Judgment. This motion is hereby GRANTED.

Pursuant to Federal Rule of Civil Procedure 58(d), and the Court having GRANTED the Defendants' Motion for Summary Judgment (Doc. 207), judgment is hereby entered in favor of the Defendants and against the Plaintiff. The Court **DIRECTS** the Clerk of Court to **TERMINATE** all deadlines and motions and to **DISMISS** this case with prejudice.

**SO ORDERED**, this 17th day of October, 2018.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA