# United States Court of Appeals for the Federal Circuit

---

**BASF CORPORATION,**

*Plaintiff-Appellant*

v.

**SNF HOLDING COMPANY, FLOPAM INC., CHEMTALL, INC., SNF SAS, SNF (CHINA) FLOCCULANT CO. LTD.,**

*Defendants-Appellees*

---

2019-1243

---

Appeal from the United States District Court for the Southern District of Georgia in No. 4:17-cv-00251-RSB-BWC, United States District Judge R. Stan Baker.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

ENTERED BY ORDER OF THE COURT

April 8, 2020

/s/ Peter R. Marksteiner

Peter R. Marksteiner

Clerk of Court