IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BASF CORP., <br><br> Plaintiff, <br><br> v. <br><br> SNF HOLDING CO., et al., <br><br> Defendants. | CIVIL ACTION NO.: 4:17-cv-251 |

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiff and counsel for Defendants on October 5, 2020, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees, costs and expenses associated with the action. (Doc. 422.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 18th day of December, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA